ONONDAGA STEEL COMPANY, INC., Respondent, *v.* WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, Appellant.

*Carriers — negligence — loss of goods in transit.*

*Onondaga Steel Co., Inc.,* v. *Barrett*, 201 App. Div. 871, affirmed.
(SSubmitted June 14, 1922; decided July 12, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 24, 1922, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, a jury having been waived. The complaint set forth five separate causes of action against the defendant for merchandise

lost in transit and not delivered by reason of the alleged negligence of defendant, a common carrier.

*Charles V. Byrne* for appellant.

*Louis L. Waters,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.